UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:25-cv-00329-MSS-NHA

WORLDWIDE AIRCRAFT SERVICES, INC.
d/b/a JET ICU

    *Plaintiff*,

v.

BCBSM, INC.
d/b/a BLUE CROSS AND BLUE SHIELD
OF MINNESOTA,

WORLDWIDE INSURANCE SERVICES,
LLC d/b/a GEO BLUE, and

BLUE CROSS AND BLUE SHIELD
OF FLORIDA, INC.

    *Defendants*.
_____/

**UNOPPOSED MOTION TO STRIKE DUPLICATE NOTICE OF REMOVAL**

TO THE HONORABLE JUDGES OF THE MIDDLE DISTRICT OF FLORIDA:

Defendant BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota ("BCBSMN") files this motion to strike duplicate notice of removal and would show the Court as follows:

1.    Plaintiff, Worldwide Aircraft Services, Inc. d/b/a JET ICU ("Plaintiff"), filed its original complaint against the defendants, BCBSMN, Worldwide Insurance Services, LLC d/b/a Geo Blue and Blue Cross and Blue Shield of Florida, Inc. ("Defendants"), on December 18, 2024 in the Circuit Court of the 13th Judicial Circuit in and for Hillsborough

1

#103512203v1

County, Florida, in an action styled *Worldwide Aircraft Services, Inc. d/b/a JET ICU vs. BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota*, et al., case number 24-CA-010046, division "B".

2.  On February 7, 2025, counsel for BCBSMN filed a notice of removal of the action to this Court, initiating Case No. 8:25-cv-00325-WFJ-AEP (the "Original Action"). Certain errors were made in the electronic filing process pertaining to the relation of parties to counsel and style of the docket.

3.  That same day, and in an abundance of caution and effort to remedy the above-referenced filing issues with the Original Action, BCBSMN filed a duplicate notice of removal of the action to this Court, initiating Case No. 8:25-cv-00329-MSS-NHA (the "Duplicate Action").

4.  Counsel for BCBSMN has conferred with the clerk's office, and the above-referenced filing issues in the Original Action have been remedied by the clerk of the Court.

5.  Based upon the foregoing, BCSBSMN respectfully requests that the Court enter an order striking the Duplicate Action and terminate it as duplicative of the Original Action. The Original Action will remain docketed, and the parties will proceed thereunder.

WHEREFORE, BCBSMN respectfully requests the entry of an order striking the Duplicate Action, terminating the Duplicate Action as duplicative of the Original Action, and granting such other and further relief as the Court deems just and proper.

Local Rule 3.01(g) Certification

Counsel for BCBSM certifies that he has conferred with counsel for all other parties in this action and that they do have any opposition to the instant motion.

        Respectfully submitted,

        JONES WALKER LLP
        *Attorneys for Defendant BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota*

        201 S. Biscayne Blvd.
        Suite 3000
        Miami, FL 33131
        Email: *sdrobny@joneswalker.com*
        Telephone: (305) 679-5700
        Facsimile: (305) 679-5710

        By: */s/ Stephen P. Drobny*
        Stephen P. Drobny
        Florida Bar No. 55732

#103512203v1

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2025, I electronically filed defendant BCBSM, Inc.'s Motion to Strike with the Clerk of Court using the CM/ECF system, and I served a copy of the same via both first class U.S. mail, postage prepaid, and electronic mail to the following attorneys of record:

> Michael Brannigan, Esquire, The Law Offices of Michael Brannigan P.A., 1511 North Westshore Blvd., Ste 650, Tampa, FL 33607, Tel: 352-796-2540, Fax: 352-796-2549, Email: michaelbrannigan@jeticu.com, Legal@jeticu.com, *counsel for Plaintiff;*

> Stephen Hunter Johnson and Peter Agola, Lydecker LLP, 1221 Brickell Avenue, 19th Floor, Miami, FL 33131, Telephone 305-416-3180, Facsimile 305-416-319, Email: shj@lydecker.com, pagola@lydecker.com, *counsel for Worldwide Insurance Services, LLC, d/b/a GeoBlue*; and

> Daniel Alter, Esq., Gray Robinson, P.A., 401 East Las Olas Blvd., Suite 1000, Fort Lauderdale, FL 33301, Telephone: 954.761.8111, Facsimile: 954.761.8112, Email: dan.alter@gray-robinson.com, *counsel for Blue Cross and Blue Shield of Florida, Inc. d/b/a Florida Blue.*

                                              */s/ Stephen P. Drobny*
                                              Stephen P. Drobny, Esq.

#103512203v1